UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LIONEL PARKER**                                                       **CIVIL ACTION**

**VERSUS**                                                              **NO. 10-4131**

**DR. KIMBERLY POUNDS, ET AL**                                          **SECTION: "B"(2)**

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim.

New Orleans, Louisiana, this 1st day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE